UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BORESCOPES R US, | ] |
| Plaintiff, | ] |
| v. | ] No. 3-09-00102 |
| | ] JUDGE HAYNES |
| 1800ENDOSCOPE.COM, LLC | ] |
| Defendant. | ] |

## ORDER

In accordance with the Memorandum filed herewith, Defendant's motion for summary judgment (Docket Entry No. 20) is **GRANTED**. This action is **DISMISSED** with prejudice.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 26 T day of July, 2009.

WILLIAM J. HAYNES, JR.
United States District Judge