UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BORESCOPES R US, )
)
    Plaintiff, )
)
v. ) No. 3:09-0102
) JUDGE HAYNES
)
1800ENDOSCOPE.COM, LLC )
)
    Defendant. )

## O R D E R

In accordance with the Memorandum filed herewith, Defendant's motion for attorney's fees and costs (Docket Entry No. 38) is **DENIED**.

It is so **ORDERED**.

**ENTERED** this the ___ day of November, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge